UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-20904-CIV-COOKE/TORRES

CINDY BELANGER,

    Plaintiff,

vs.

RESORTS WORLD BIMINI,
BIMINI SUPERFAST LIMITED,
BIMINI SUPERFAST CHARTER LIMITED,
and BIMINI SUPERFAST
OPERATIONS, LLC,

    Defendants.
_____/

## DEFENDANTS' INITIAL RULE 26(a)(l) DISCLOSURES

Based on the information currently available to it and with the express understanding that discovery is ongoing, such that its disclosures may need to be supplemented or amended, the Defendants, RESORTS WORLD BIMINI, BIMINI SUPERFAST LIMITED, and BIMINI SUPERFAST OPERATIONS, LLC ("Defendants"), hereby make its initial disclosures pursuant to Rule 26(a)(l) of the Federal Rules of Civil Procedure:

### A.    Identity of Individuals with Discoverable Information

Defendants reasonably believe that any or all of the following individuals may have knowledge or information that it will rely on to support its defenses:[1]

---

[1] Disclosure of the identity of the following individuals is made without waiver and with a full reservation of any privileges, including, but not limited to, the attorney-client privilege and work product privilege, that Defendants may assert with respect to any information or documents that these individuals may have. Further, Defendants reserve the right to object to the admission into evidence of all or part of the testimony of any individual, including those identified herein,

1053979v.1

1.  Plaintiff, CINDY BELANGER

    This witness has or may have knowledge of liability and damage issues.

2.  Representatives of RESORTS WORLD BIMINI

    These witnesses have knowledge of liability issues.

3.  Representatives of BIMINI SUPERFAST LIMITED

    These witnesses have knowledge of liability issues.

4.  Representatives of BIMINI SUPERFAST OPERATIONS, LLC

    These witnesses have knowledge of liability issues.

5.  Medical providers who rendered treatment to Plaintiff at University of Miami, 1400 N.W. 12th Avenue, Miami, FL 33136.

    These witnesses may have knowledge of damage issues.

6.  Medical providers who rendered treatment to Plaintiff at University of Michigan Health System, 1500 E. Medical Center Drive, Ann Arbor, MI 48109.

    These witnesses may have knowledge of damage issues.

7.  Medical providers who rendered treatment to Plaintiff at McClaren Center for Rehabilitation, 3190 E. Midland Rd., Bay City, MI 48706.

    These witnesses may have knowledge of damage issues.

8.  Employees and records custodians for each of the above-listed persons and entities.

    These witnesses may have knowledge of liability and damage issues.

9.  The witnesses listed by the Plaintiff in her Initial Disclosures

    These witnesses may have knowledge of liability and damage issues.

on any basis permitted by the Federal Rules of Evidence, the Federal Rules of Civil Procedure, or other applicable law.

1053979v.1

10. The witnesses listed by BIMINI SUPERFAST CHARTER LIMITED in its Initial Disclosures

These witnesses may have knowledge of liability and damage issues.

**B.      Documents Which May Support the Defenses of Defendants**

Defendants' may rely on any or all of the following documents to support its defenses:[2]

1. Bimini Superfast passenger ticket contract.

2. Video surveillance of the incident.

3. Documents identified by Plaintiff in her Initial Disclosures.

4. Documents identified by BIMINI SUPERFAST CHARTER LIMITED in its Initial Disclosures.

5. Documents produced by the parties in this action.

The documents identified above, to the extent that they are in Defendants' possession, have already been produced in this action.

**C.      Calculation of Damages**

Defendants have not asserted a claim for damages.

**D.      Insurance Information**

Defendants entered in the American Club for the period of February 20, 2015 to February

---

[2] Defendants reserve the right to object to the production of any document described herein on any basis permitted by the Federal Rules of Civil Procedure or other applicable law, including, but not limited to, the attorney-client privilege, work product doctrine and/or other privileges or immunities, and no such documents that are privileged or immune from disclosure will be produced. Defendants also reserve the right to object to the admission into evidence of any document identified herein, or identified or produced by other parties, on any basis permitted by the Federal Rules of Civil Procedure, the Federal Rules of Evidence, or other applicable law.

1053979v.1

20, 2016 under Certificate Number 00859000.

          Respectfully Submitted,

          **WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP**
100 Southeast Second Street-Suite 3800
Miami, Florida 33131
Telephone: (305) 374-4400
Facsimile: (305) 579-0261

  By: */s/ Tanya I. Suarez*
ANTHONY P. STRASIUS
Florida Bar No.: 988715
anthony.strasius@wilsonelser.com
TANYA I. SUAREZ
Florida Bar No. 86259
tanya.suarez@wilsonelser.com

*Attorneys for Defendants Resorts World Bimini, Bimini Superfast Limited, and Bimini Superfast Operations, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 21st day of June, 2016, we electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties as identified below in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Noticed Electronic Filing.

---

Defendants reserve the right to amend and supplement this disclosure at any appropriate time.

1053979v.1

*Initial Disclosures*
*CASE NO.: 16-20904-CIV-COOKE/TORRES*
*Page 5 of 5*

By: */s/ Tanya I. Suarez*
     TANYA I. SUAREZ

**SERVICE LIST**

Andrew L. Waks, Esq.
*Counsel for Plaintiff*
WAKS & BARNETT, P.A.
9900 SW 107th Ave., #101
Miami, FL 33176
Telephone: (305) 271-8282

1053979v.1