UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-20904-CIV-COOKE/TORRES

CINDY BELANGER,

     Plaintiff,

vs.

RESORTS WORLD BIMINI,
BIMINI SUPERFAST LIMITED and
BIMINI SUPERFAST OPERATIONS, LLC,

     Defendants.

_____/

**DEFENDANTS' NOTICE OF FILING WITNESS LIST**

Defendants, RESORTS WORLD BIMINI, BIMINI SUPERFAST LIMITED, and

BIMINI SUPERFAST OPERATIONS, LLC, by and through undersigned counsel and pursuant

to this Court's Scheduling Order dated May 25, 2016, files its Witness List, as follows:

**WITNESS LIST**

1. Corporate representative of RESORTS WORLD BIMINI
   c/o Anthony P. Strasius, Esq./Tanya I. Suarez, Esq.
   Wilson Elser Moskowitz Edelman & Dicker
   100 SE Second Street, Suite #3800
   Miami, FL 33131

2. Records Custodian of RESORTS WORLD BIMINI
   c/o Anthony P. Strasius, Esq./Tanya I. Suarez, Esq.
   Wilson Elser Moskowitz Edelman & Dicker
   100 SE Second Street, Suite #3800
   Miami, FL 33131

3. Corporate representative of BIMINI SUPERFAST LIMITED
   c/o Anthony P. Strasius, Esq./Tanya I. Suarez, Esq.
   Wilson Elser Moskowitz Edelman & Dicker
   100 SE Second Street, Suite #3800
   Miami, FL 33131

4. Records Custodian of BIMINI SUPERFAST LIMITED
   c/o Anthony P. Strasius, Esq./Tanya I. Suarez, Esq.
   Wilson Elser Moskowitz Edelman & Dicker
   100 SE Second Street, Suite #3800
   Miami, FL 33131

5. Corporate representative of BIMINI SUPERFAST OPERATIONS LLC
   c/o Anthony P. Strasius, Esq./Tanya I. Suarez, Esq.
   Wilson Elser Moskowitz Edelman & Dicker
   100 SE Second Street, Suite #3800
   Miami, FL 33131

6. Records Custodian of BIMINI SUPERFAST OPERATIONS LLC
   c/o Anthony P. Strasius, Esq./Tanya I. Suarez, Esq.
   Wilson Elser Moskowitz Edelman & Dicker
   100 SE Second Street, Suite #3800
   Miami, FL 33131

7. Cindy Belanger
   c/o Andrew L. Waks, Esq.
   WAKS & BARNETT, P.A.
   9900 SW 107th Ave., #101
   Miami, FL 33176

8. Matthew Pestrue and/or Records Custodian of
   Walmart Vision
   3921 Wilder Road
   Bay City, MI 48706

9. Records Custodian of
   University of Miami Hospital
   1400 N.W. 12th Avenue
   Miami, Florida 33136

10. Records Custodian of
    University of Michigan Health System
    1500 E. Medical Center Drive
    Ann Arbor, MI 48109

11. Records Custodian of
    McClaren Center for Rehabilitation
    3190 E. Midland Road
    Bay City, MI 48706

1065574v.1

12. Jain Syed, MD and/or Records Custodian
    2110 16th Street
    Suite 1
    Bay City, MI 48708

13. Robert K. Hafford, MD and/or Records Custodian
    700 Borton Ave.
    Essexville, MI 48732

14. Thomas S. Markus, MD and/or Records Custodian
    3175 Professional Ct.
    Bay City, MI 48706

15. Shiraz H. Shariff, MD and/or Records Custodian
    1015 S. Washington Ave.
    Saginaw, MI 48602

16. Records Custodian of
    Miami Dade County Fire Rescue
    444 SW 2nd Ave., #10
    Miami, FL 33130

17. Records Custodian of
    Centers for Medicare & Medicaid Services
    North Building, Room N2-20-06
    7500 Security Boulevard
    Baltimore, MD 21244

18. Records Custodian of
    Tricare
    7700 Arlington Blvd.
    Suite 5101
    Falls Church, VA 22042-5101

19. Felipe Munera, MD and/or Records Custodian
    1611 NW 12th Ave.
    Miami, FL 33136

20. Mir Aamir, MD and/or Records Custodian
    1611 NW 12th Ave.
    Suite 233
    Miami, FL 33136

21. Records Custodian of
    Paragon Contracting Services, Inc.
    14050 NW 14th Street
    Sunrise, FL 33323

22. Efren Manjarrez, MD and/or Records Custodian
    1601 NW 12th Ave.
    Miami, FL 33136

23. Armando Ruiz, MD and/or Records Custodian
    3100 S. Douglas Road
    Dept. of Radiology
    Coral Gables, FL 33134

24. Allan Fishman, MD and/or Records Custodian
    1400 NW 12th Ave.
    Miami, FL 33125

25. Yoav Morag, MD and/or Records Custodian
    1500 E. Medical Center Dr.
    Ann Arbor, MI 48109

26. Kevin Chung, MD and/or Records Custodian
    24 Frank Lloyd Wright Dr.
    Ann Arbor, MI 48105

27. Morady Fred, MD and/or Records Custodian
    1500 E. Medical Center Dr., #3
    Ann Arbor, MI 48109

28. Quian Dong, MD and/or Records Custodian
    1500 E. Medical Center Dr., #2
    Ann Arbor, MI 48109

29. Records Custodian
    Bay Regional Medical Center
    901 S. Henry Street
    Bay City, MI 48706

30. Salwani Toma, MD and/or Records Custodian
    1900 Columbus Ave.,
    Bay City, MI 48708

31. Records Custodian of

Walgreens Pharmacy
2901 Center Avenue
Essexville, MI 48732

32. Records Custodian of
    Rite Aid
    500 Lafayette Street
    Bay City, MI 48708

33. Any and all witnesses and experts listed by Plaintiff in her witness and expert list.

34. Any person identified in any pleading, interrogatory or discovery response to this lawsuit.

35. All witnesses whose depositions have been taken in this lawsuit or are to be taken.

36. All persons named or referenced in any deposition taken or to be taken in this case in the future.

37. Any and all persons disclosed as potential witnesses in deposition or discovery, named or to be named in any answer to interrogatories or any other response to any discovery request.

38. Any and all persons named in any medical records.

39. Any and all records and billing custodians of treating healthcare providers as necessary.

40. Any and all treating physicians or other provider of healthcare to Cindy Belanger.

41. Any and all expert witnesses who may be retained as discovery continues in anticipation of trial subject to proper notice to all parties.

42. Any other applicable expert witness necessary to authenticate any exhibit listed in Defendant's Exhibit List.

43. Impeachment and rebuttal witnesses as necessary, without waiving objections thereto.

44. Employees and/or agents of any of the parties to this lawsuit.

45. Defendant reserves the right to add, modify, supplement or amend its witness list upon proper notice to all parties.

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
100 SOUTHEAST SECOND STREET • SUITE 3800 • MIAMI, FLORIDA 33131
TELEPHONE (305) 374-4400 • FACSIMILE (305) 579-0261
5

1065574v.1

CASE NO.: 16-20904-CIV-COOKE/TORRES
*Page 6 of 6*

Respectfully Submitted,

**WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP**
100 Southeast Second Street –Suite 3800
Miami, Florida 33131
Telephone: (305) 374-4400
Facsimile:  (305) 579-0261

By:  */s/ Tanya I. Suarez*
   ANTHONY P. STRASIUS
   Florida Bar No. 988715
   anthony.strasius@wilsonelser.com
   TANYA I. SUAREZ
   Florida Bar. No.: 86259
   tanya.suarez@wilsonelser.com

*Attorneys for Defendants Resorts World
Bimini, Bimini Superfast Limited, and Bimini
Superfast Operations, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 8th day of November, 2016, we electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties as identified below in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Noticed Electronic Filing.

## SERVICE LIST

Andrew L. Waks, Esq.
*Counsel for Plaintiff*
WAKS & BARNETT, P.A.
9900 SW 107th Ave., #101
Miami, FL 33176
Telephone: (305) 271-8282
waksbar@aol.com

By:  */s/ Tanya I. Suarez*
   TANYA I. SUAREZ

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
100 SOUTHEAST SECOND STREET • SUITE 3800 • MIAMI, FLORIDA 33131
TELEPHONE  (305) 374-4400 • FACSIMILE  (305) 579-0261

1065574v.1