UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 16-20904-Civ-COOKE/TORRES

CINDY BELANGER,

    Plaintiff,

-vs-

RESORTS WORLD BIMINI,
BIMINI SUPERFAST LIMITED,
and BIMINI SUPERFAST
OPERATIONS, LLC,

    Defendants.
_____/

## MOTION TO COMPEL RULE 26 DISCLOSURES

COMES NOW the Plaintiff, CINDY BELANGER, by and through her undersigned counsel, and hereby moves this Court for an Order compelling the Defendants to comply as required by Rule 26, and as grounds therefore would show onto the Court as follows:

1. That this matter has been set on the Courts' trial calendar beginning May 1, 2017.
2. That in compliance with Rule 26, the Plaintiff filed her Rule 26 Disclosures on or about April 21st, 2016.
3. That the Defendants filed its Rule 26 Disclosures 60 days later, on or about June 21st, 2016 [D.E. 19]. In its disclosures, the Defendant did not list a single witness and no names were provided. Rather, the Defendants merely listed "representatives" for each of the Defendants in numbers 2, 3 and 4. Defendants did not name any of the witnesses nor did it list any of the areas in which the "representatives" would have any knowledge and/or would be providing testimony.
4. That the undersigned counsel wrote a good-faith letter to counsel for the Defendants on June 29th, 2016 requesting more complete description of its Rule 26 Disclosures, including the names of any potential witnesses, and any documents which might be

used as evidence. Copy of said letter is attached as Exhibit A. To date, no response has been received.[1]

WHEREFORE, Plaintiff prays for an Order by this Court compelling the Defendants to comply as required by Rule 26.

Respectfully submitted,

WAKS & BARNETT, P.A.
Attnys for Plaintiff
9900 SW 107th Ave., #101
Miami, FL  33176
Tel: (305) 271-8282
Fax: (305) 595-9776

By: */s/ Andrew L. Waks*
ANDREW L. WAKS
FBN: 241350

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 10, 2016, I electronically filed the foregoing document with the Clerk of court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF, or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: */s/ Andrew L. Waks, Esq.*
ANDREW L. WAKS
FBN: 241350

---

[1] The Defendants just recently filed a "Witness List" [D.E. 20] as required by this Courts' Pretrial Order. The witness list, however, is, like the Rule 26 Disclosure list, entirely inadequate. There are no specific witnesses listed other than "representative" of each of the Defendants [see numbers 1 through 6]. Any other names are merely those taken from medical records having nothing to do with liability issues in this case. The Plaintiff is totally unable to determine which witnesses have knowledge of the accident and are capable of being deposed.

## SERVICE LIST

*Cindy Belanger vs. Resorts World Bimini, et al.,*
*Case No: 16-20904-CIV-COOKE/TORRES*

| Andrew L. Waks, Esq.<br>waksbar@aol.com<br>mary@waksbar.com<br>marywaksbar@aol.com<br>WAKS & BARNETT, P.A.<br>9900 SW 107th Avenue, Suite 101<br>Miami, FL 33176<br>Tel: (305) 271-8282<br>Fax: (305) 595-9776<br>*Attorneys for Plaintiff* | Tanya I. Suarez, Esq.<br>Tanya.suarez@wilsonelser.com<br>Anna.nowakowska@wilsonelser.com<br>Jackie.benitez@wilsonelser.com<br>WILSON ELSER MOSKOWITZ, etc.<br>100 S.E. Second Street, Suite 3800<br>Miami, FL 33131<br>Tel: (305) 374-4400<br>Fax: (305)579-0261<br>*Attorneys for Defendant* |

# WAKS & BARNETT, P.A.
*Attorneys at Law*

**Andrew L. Waks\***                                                                 **Joel M. Barnett**
                                                                            **Jennifer Thompson**

**\*Board Certified in**
**Admiralty & Maritime Law**

June 29, 2016

Sent via e-mail only

Tanya I. Suarez, Esq.
WILSON ELSER MOSKOWITZ, et al
100 S.E. Second Street, Suite 3800
Miami, FL  33131

      Re:    Cindy Belanger v. Bimini Superfast Limited, et al.,
                 Case No:  16-20904-Civ-COOKE/TORRES

Dear Ms. Suarez:

     I am in receipt of your initial disclosures pursuant to rule 26.  I do not believe that these are adequate within the requirement or the spirit of the rule.  Other than my client, it gives me no specific names or addresses.  Numbers 2, 3, and 4 merely state "representatives" of the various defendants.  In order for me to properly conduct discovery, I want to have the names of the representatives and the type of knowledge that they have regarding "liability issues".  The same is true for number 10 with regard to Bimini Superfast Charter Limited.  I do not believe that I have yet received those disclosures and would appreciate it if you could send them to me immediately.

     In previous correspondence I have asked whether or not the P&I Club is willing to give a letter of undertaking regarding damages in this case.  As I am sure you are aware, personal injury aboard a ship creates a maritime lien, which means the vessel is subject to arrest pursuant to Rule C of the Supplemental Rules for Admiralty and Maritime procedure.  If that vessel is now owned by your clients or someone else, the maritime lien follows the vessel until it is discharged.

     I would appreciate it if you could respond at your earliest convenience.  I look forward to hearing from you.

                                                    Very truly yours,

                                                    WAKS & BARNETT, P.A.

                                                    */s/ Andrew L. Waks*
                                                    Andrew L. Waks

ALW/mc

[Exhibit A]

9900 SW 107th Avenue, Suite 101, Miami, FL 33176

Dade: (305) 271-8282                                                                   Fax: (305) 595-9776
Broward: (954) 463-6667                                                    Toll Free: (800) 905-2891

E-mail: waksbar@aol.com
website: www.cruiselawyers.com
