UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 16-cv-20904-TORRES

**CONSENT CASE**

CINDY BELANGER,

    Plaintiff,

vs.

RESORTS WORLD BIMINI,
BIMINI SUPERFAST LIMITED,
and BIMINI SUPERFAST
OPERATIONS, LLC,

    Defendants.

_____/

**JOINT STATUS REPORT**

Plaintiff, CINDY BELANGER, and Defendants, RESORTS WORLD BIMINI, BIMINI SUPERFAST LIMITED, and BIMINI SUPERFAST OPERATIONS, LLC, by and through their undersigned counsel, pursuant to this Court's Order [D.E. 34], and hereby advise the Court of three proposed dates for a specially set trial, as follows:

    **Proposed dates for specially set trial:**

1. Monday, December 11, 2017 (for approximately 4 days)
2. Monday, January 22, 2018 (for approximately 4 days)
3. Monday, February 5, 2018 (for approximately 4 days)

Dated this April 21, 2017.

Respectfully submitted,

| | |
|---|---|
| Andrew L. Waks, Esq.<br>WAKS & BARNETT, P.A.<br>waksbar@aol.com<br>9900 SW 107th Avenue, Suite 101<br>Miami, FL 33176<br>Tel: (305) 271-8282<br>Fax: (305) 595-9776<br>*Attorneys for Plaintiff*<br><br>By:*/s/ Andrew L. Waks*<br>     ANDREW L. WAKS, ESQ.<br>      FL BAR NO.: 241350 | Tanya I. Suarez, Esq.<br>Tanya.suarez@wilsonelser.com<br>Brian McKell, Esq.<br>Brian.mckell@wilsonelser.com<br>WILSON, ELSER, MOSKOWITZ, etal<br>100 S.E. 2nd Street, Suite 3800<br>Miami, FL  33131<br>Tel: (305) 374-4400<br>Fax: (305) 579-0261<br>*Attorneys for Defendant*<br><br>By:  */s/Tanya I. Suarez*<br>      TANYA I. SUAREZ, ESQ.<br>       FL BAR NO.: 86259 |