UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 16-20904-CIV-TORRES

CINDY BELANGER,

        Plaintiff,

vs

RESORTS WORLD BIMINI, et al

        Defendants.

_____/

## QUESTION/NOTE FROM THE JURY

We have a verdict!

Print Name of Foreperson      Signature of Foreperson/Date