UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CASE NO: 16-20904-CV-TORRES**

CINDY BELANGER,

      Plaintiff,

vs.

RESORTS WORLD BIMINI,
BIMINI SUPERFAST UNLIMITED,
and BIMINI SUPERFAST
OPERATIONS, LLC,

      Defendant.

_____/

## VERDICT FORM

    WE, THE JURY, return the following verdict:

1. Were the Defendants RESORTS WORLD BIMINI, BIMINI SUPERFAST UNLIMITED, and BIMINI SUPERFAST OPERATIONS, negligent and, if so, was that negligence a legal cause of damage to the plaintiff, CINDY BELANGER?

      Yes __X__      No _____

      *If you answered "No" to Question 1, your verdict is for the Defendant. You should not proceed further except to sign and date the verdict form and return it to the courtroom.*
      *If you answered "Yes" to Question 1, please answer Question 2.*

2. Was the Plaintiff CINDY BELANGER negligent and, if so, was that negligence a legal cause of her own damage?

      Yes __X__      No _____

      *If you answered "No" to Question 2, please skip to Question 4.*
      *If you answered "Yes" to Question 2, please answer Question 3.*

3. What proportion or percentage of CINDY BELANGER'S damage do you find to have been legally caused by the negligence of the respective parties? Answer in terms of percentages:

> RESORTS WORLD BIMINI, BIMINI
> SUPERFAST UNLIMITED, and
> BIMINI SUPERFAST OPERATIONS:   65 %
>
> CINDY BELANGER:   35 %

> *Note: The total of the percentages given in your answer should equal 100%*

4. If you answered "Yes" to Question 1, what sum of money do you find to be the amount of CINDY BELANGER's damages (without adjustment by application of any percentages you may have given in answer to Question 3)?

> *In determining the amount of damages, do not make any reduction because of the negligence, if any, of CINDY BELANGER. If you find that she was to any extent negligent, the Court in entering judgment will make an appropriate reduction in the damages awarded.*

a. What is the reasonable value of CINDY BELANGER's damages and expenses for hospitalization and medical care incurred in the past?

$136,171.61

b. What is the total amount of CINDY BELANGER's damages for pain and suffering, disability, physical impairment, disfigurement, mental anguish, inconvenience, and loss of capacity for the enjoyment of life sustained in the past and reasonably expected to be sustained in the future?

$225,000

c. Total compensatory damages of plaintiff, CINDY BELANGER
*(Add lines 4a and 4b)*

$361,171.61

SO SAY WE ALL.

FOREPERSON

DATED: 1/30/09