UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO: 16-20904-CIV-TORRES

CONSENT CASE

CINDY BELANGER,

    Plaintiff,

vs.

RESORTS WORLD BIMINI,
BIMINI SUPERFAST LIMITED and
BIMINI SUPERFAST OPERATIONS, LLC,

    Defendants.
_____/

## NOTICE OF SETTLEMENT

    COMES NOW the Plaintiff, CINDY BELANGER, by and through her undersigned attorney, and hereby notifies the Court that this matter has been settled, and that a Stipulation for Dismissal shall be filed once the parties have executed the appropriate releases.

    Dated this February 6, 2019.

                          Respectfully submitted,

                          WAKS & BARNETT, P.A.
                          Attorneys for Plaintiff
                          9900 SW 107th Ave., #101
                          Miami, FL 33176
                          Tel: (305) 271-8282
                          Fax: (305) 595-9776

                          By: */s/ Jennifer C. Thompson*
                             JENNIFER C. THOMPSON
                             FBN: 670251

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 6, 2019, I electronically filed the foregoing document with the Clerk of court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF, or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: /s/ *Jennifer C. Thompson, Esq.*
JENNIFER C. THOMPSON, ESQ.
FBN: 670251

## SERVICE LIST

*Cindy Belanger vs. Resorts World Bimini, et al.,*
Case No: 16-20904-CIV-TORRES
(Consent Case)

| | |
|---|---|
| Andrew L. Waks, Esq. | Tanya Suarez, Esq. |
| waksbar@aol.com | Tanya.Suarez@wilsonelser.com |
| Jennifer C. Thompson, Esq. | Anthony P. Strasius, Esq. |
| jennifer@waksbar.com | Anthony.strasius@wilsonelser.com |
| WAKS & BARNETT, P.A. | Larry Lum, Esq. |
| 9900 SW 107th Avenue, Suite 101 | Larry.Lum@wilsonelser.com |
| Miami, FL 33176 | WILSON ELSER MOSKOWITZ, etc. |
| Tel: (305) 271-8282 | 100 S.E. Second Street, Suite 3800 |
| Fax: (305) 595-9776 | Miami, FL 33131 |
| *Attorneys for Plaintiff* | Tel: (305) 374-4400 |
| | Fax: (305)579-0261 |
| | *Attorneys for Defendant* |